IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY CREECH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:07-CV-267 |
| | ) | |
| DEROYAL INDUSTRIES, INC. and | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendants' motion for judgment [doc. 11] is **GRANTED**, and plaintiff's motion for judgment [doc. 13] is **DENIED**. This civil action is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

                                                s/ Leon Jordan
                                   United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
  PATRICIA L. McNUTT
    CLERK OF COURT